**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Axios Logistics Solutions Inc., <u>et al.</u>,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 17-10438 (BLS)<br><br>Joint Administration Requested |

**NOTICE OF AGENDA FOR HEARING[2] ON FIRST DAY MOTIONS SCHEDULED FOR MARCH 1, 2017 AT 1:30 P.M. (EASTERN) BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801[3]**

**VOLUNTARY PETITIONS:**

1. Voluntary Petition filed by Axios Logistics Solutions Inc., filed February 28, 2017 Case No. 17-10438 (Docket No. 1).

2. Voluntary Petition filed by Axios Mobile Assets, Inc., filed February 28, 2017 Case No. 17-10440 (Docket No. 1).

3. Voluntary Petition filed by Axios Mobile Assets Inc., filed February 28, 2017 Case No. 17-10443 (Docket No. 1).

4. Voluntary Petition filed by Axios Mobile Assets Corp., filed February 28, 2017 Case No. 17-10444 (Docket No. 1).

---

[1] The last four digits of the Employer Identification Number for each debtor follow in parentheses: Axios Logistics Solutions Inc. (0963); Axios Mobile Assets Corp. (n/a); Axios Mobile Assets Inc. (n/a), and Axios Mobile Assets, Inc. (2778). The Debtors' headquarters are located at 30 Topflight Drive, Unit 7, Mississauga, Ontario, L5S 0A8, Canada.

[2] All telephonic court appearances must be arranged through CourtCall, LLC (T: 866-582-6878 or F: 866-533-2946). The hearing will take place before The Honorable Brendan L. Shannon United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

[3] Copies of all First Day Pleadings were delivered to the Court and to the Office of the United States Trustee on February 28, 2017.

**MATTERS GOING FORWARD:**

5. Motion for Entry of an Order Directing Joint Administration of Chapter 15 Cases for Procedural Purposes Only, filed February 28, 2017 (Docket No. 4).

    <u>Status</u>:    This matter is going forward.

6. Motion for Order (I) Scheduling Hearing on Verified Petition Under Chapter 15 of the Bankruptcy Code for Recognition of a Foreign Main Proceeding and for Additional Relief and Assistance Under 11 U.S.C. §§105(a), 1507, and 1521 and (II) Specifying Form and Manner of Service of Notice of Hearing, filed February 28, 2017 (Docket No. 5).

    <u>Status</u>:    This matter is going forward.

7. Motion of Receiver for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding and Certain Related Relief, filed February 28, 2017 (Docket No. 6).

    <u>Related Document</u>:

    A. Declaration of Peter Crawley in Support of Motion of Receiver for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding and Certain Related Relief, filed February 28, 2017 (Docket No. 7).

    <u>Status</u>:    This matter is going forward.

Dated: February 28, 2017
Wilmington, Delaware

        WOMBLE CARLYLE SANDRIDGE
          & RICE, LLP

        <u>/s/ Morgan L. Patterson</u>
        Mark L. Desgrosseilliers (Del. Bar No. 4083)
        Morgan L. Patterson (Del. Bar No. 5388)
        222 Delaware Avenue, Suite 1501
        Wilmington, Delaware 19801
        Telephone: (302) 252-4337
        Facsimile: (302) 661-7738
        E-mail: mdesgrosseilliers@wcsr.com
        E-mail: mpatterson@wcsr.com

        Attorneys for A. Farber & Partners Inc.