IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 15 |
| ) | |
| STRIPES US HOLDING, INC., ) | Case No. 18-12388 (CSS) |
| ) | |
| Debtor in a Foreign Proceeding.[1] ) | Re: D.I. 6 |
| ) | |

**ORDER SCHEDULING HEARING ON CHAPTER 15 PETITION AND RELATED RELIEF AND SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE**

Upon consideration of the motion (the "Motion") of Richard Heis, in his capacity as Foreign Representative of the Debtor in respect of the English Proceeding, requesting entry of an order (i) scheduling a hearing to consider the relief sought in the Petition (the "Hearing"), (ii) setting the deadline by which any responses or objections to the Petition must be received (the "Objection Deadline"), (iii) approving the form of the notice of the Debtor's chapter 15 case, the relief sought in the Petition, the Objection Deadline and the Hearing that is attached hereto as Exhibit 1 (the "Notice") and (iv) approving the manner of service of the Notice described herein; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012, *In the Matter of: Standing Order of Reference Re: Title 11*, (D. Del. Feb. 29, 2012) (Sleet, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and venue of this proceeding being proper before the Court pursuant to 28 U.S.C. § 1410(1) and (3); and the Court having determined that the relief requested in the

---

[1] The last four digits of the Debtor's Federal Employer Identification Number are 2800. The location of the Debtor's registered office is 1209 Orange Street, Wilmington, Delaware 19801.

Motion is necessary and beneficial to the Debtor; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Hearing to consider the relief sought in the Petition shall be held before this Court in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom Number 6, Wilmington, Delaware 19801-3024, on November 16, 2018 at 9:30 a.m. (Eastern Standard Time).

3. The form of Notice attached hereto as **Exhibit 1** is hereby approved.

4. Prior to serving the Notice or causing it to be served, the Foreign Representative may insert any missing dates and other information, correct any typographical errors, conform the provisions thereof to the provisions of this Order and make such other and further non-material, non-substantive changes as the Foreign Representative deems necessary or appropriate.

5. Copies of the Notice Documents shall be served by first class mail upon (i) the United States Trustee for the District of Delaware, (ii) the Scheme Creditors (as defined in the Petition), (iii) the Debtor, and (iv) parties that have filed a notice of appearance in this chapter 15 case (collectively, the "Notice Parties") on or before October 26, 2018.

6. The Foreign Representative shall cause the Notice to be published in the national edition of *The Wall Street Journal* on or before November 2, 2018.

7. The notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of this chapter 15 case or, to the extent applicable, are hereby waived.

8. In the event any party files a notice of appearance in this chapter 15 case subsequent to the Foreign Representative's initial service of the Notice Documents as provided

for in this Order, the Foreign Representative will serve, or cause to be served on such party, the Notice Documents and any subsequent notices upon that party within three business days of the filing of the notice of appearance, if such documents have not already been served on such party (or its counsel).

9. Subsequent notices shall be served in the form and manner set forth in this Order or as otherwise required by the Bankruptcy Code and Bankruptcy Rules.

10. Any party in interest wishing to submit a response or objection to the Petition must do so in writing and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware, setting forth the basis for such response or objection with specificity and the nature and extent of the respondent's claims against the Debtor. Such responses or objections must be filed with the Court and served upon counsel for the Foreign Representative (i) Linklaters LLP, 601 Thirteenth Street, NW, Suite 400 South, Washington, DC 20005 (Attention: Amy Edgy, Esq.), and 1345 Avenue of the Americas, New York, New York 10105 (Attention: Robert H. Trust, Esq. and Christopher J. Hunker, Esq.) and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, Delaware 19801 (Attention: Derek C. Abbott, Esq., Andrew R. Remming, Esq. and Joseph C. Barsalona II, Esq.), so as to be actually received on or before 4:00 P.M. (Eastern Standard Time) on November 9, 2018.

11. Service of the Notice Documents in accordance with this Order is hereby approved as adequate and sufficient notice and service on all interested parties. Notice provided in accordance with this Order satisfies the requirements of the Bankruptcy Code, the Bankruptcy

Rules, including Bankruptcy Rules 2002(p) and (q), and the Local Rules. No other or further notice is required.

12. Notwithstanding any provision in the Bankruptcy Code, the Bankruptcy Rules or the Local Rules to the contrary, the Foreign Representative shall file the certificate of service of the Notice Documents in advance of the Hearing.

13. The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

14. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

15. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: October 24, 2018
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE