# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MATTRESS FIRM, INC.,[1]<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 18-12241 (CSS) |
| In re:<br><br>STRIPES US HOLDING, INC.,[2]<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-12388 (CSS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 19, 2019 AT 3:00 P.M. (ET)

## RESOLVED MATTERS

1. Foreign Representative's (I) Final Report and (II) Motion for an Order Closing the Chapter 15 Case [Case No. 18-12388, D.I. 39, 12/27/18]

    Response Deadline:    January 24, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

        A.    Certificate of No Objection [Case No. 18-12388, D.I. 42, 2/1/19]

        B.    Order Closing Chapter 15 Case [Case No. 18-12388, D.I. 43, 2/1/19]

    Status: An order regarding this matter has been entered and a hearing is no longer necessary with the permission of the Court.

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Reorganized Debtor's mailing address is 10201 S. Main Street, Houston, Texas 77025. The chapter 11 cases of certain affiliates of the Reorganized Debtor were closed effective as of November 22, 2018. *See* Case No. 18-12241, Docket No. 965.

[2] The last four digits of Stripes US Holding, Inc.'s federal tax identification number are 2800 and the location of its registered office is 1209 Orange Street, Wilmington, Delaware 19801.

01:24166138.1

2.      Application of Curlew Lakes, LLC for Allowance and Payment of Administrative Expenses [D.I. 1023, 12/11/18]

    Response Deadline:    December 26, 2018 at 4:00 p.m. (ET); Extended for the Reorganized Debtor to January 20, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

        A.    Notice of Withdrawal [D.I. 1097, 1/22/19]

    Status: This matter has been has been withdrawn.

**MATTER GOING FORWARD**

3.      Notice of Cure Amounts Relating to Unexpired Leases That the Debtors May Assume Pursuant to the Plan [D.I. 333, 10/19/18]

    Response Deadline:    November 2, 2018 at 4:00 p.m. (ET)

    Responses Received:    See Exhibit A to Status Report

    Related Documents:

        A.    Status Report [D.I. 728, 11/7/18]

        B.    Amended Exhibit A to Status Report [D.I. 825, 11/9/18]

    Status: A chart listing the current status of cure objections is attached hereto as Exhibit A. This matter will be going forward solely as a status conference.

**FEE APPLICATIONS**

4.      Final Fee Applications of the Debtors' Professionals

    Response Deadline:    January 14, 2019 at 4:00 p.m. (ET); Extended for the U.S. Trustee to February 5, 2019 at 4:00 p.m. (ET)

    Responses Received:

        A.    U.S. Trustee's Informal Responses

Related Documents:  See Exhibit B attached hereto and

B.  Certification of Counsel Regarding Order Approving Final Fee Applications of the Debtors' Professionals [D.I. 1123, 2/8/19]

Status: A certification of counsel has been filed.  Unless the Court has questions, no hearing on this matter is necessary.

Dated: February 14, 2019

SIDLEY AUSTIN LLP
Bojan Guzina
Matthew E. Linder
Michael Fishel
Blair M. Warner
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ Ashley E. Jacobs
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

COUNSEL TO THE REORGANIZED DEBTOR

# **EXHIBIT A**

01:24166138.1

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| 471 | Towne Cross Burlington LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 500 | New West Michigan Industrial Investors, L.L.C. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 503 | Fourteen St. Owner Realty LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 527 | Craig Filice | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 550 | PJB Corp. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 552 | Southlands HV1 LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 557 | Colony Place Development, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 568 | Canyon Park Properties, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 578 | CAPREF Brookwood Village LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 579 | Lucerne-Ridgewood, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 590 | Laguna Promenade, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 595 | LVP 161 James West, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| 599 | IRC Hickory Creek, L.L.C., et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 600 | American Realty Advisors, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 601 | TKG El Con Center LLC, TKG Paxton Towne Center Development, LP, and TKG Spring Prairie Development IV, LLC | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 603 | Meadows Marketplace Shopping Center, LP and UPSA Mayfaire LLC | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 606 | Cole MF Jonesboro AR LLC, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 609 | SPV/VAT Orlando Park LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 612 | 655 South Grand Avenue Owner, LLC, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 617 | Prologis-North Carolina Limited Partnership | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 620 | VBV Regency, LLC | The Debtors are continuing to analyze the objection. |
| 622[1] | Agree Baton Rouge LA, LLC, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 632 | VEREIT Real Estate, L.P., et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |

---

[1] Supplemental objections were filed at docket numbers 676 and 807.

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| 634 | Prologis USLV Subriet 4, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 635 | JBL Preston Ridge, LLC, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 643 | Retail Opportunity Investments Corp. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 646 | Ramco Properties Trust, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 659 | 1993 Pulaski Highway LLC, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 666 | UE Property Management LLC | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 719 | IVT Parke Cedar Park, LLC, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 786 | Edgewood Retail LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 787 | Market Town Center Owner, LLC -- Store 001017 | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 789 | SF Zephyr Commons, LP | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 808 | Osceola D & J Lot 5, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 837 | North Charleston I, LP | The Debtors are engaged with the objecting party and working to resolve the objection. |

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| 838 | The Prado, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 839 | Seminole Mall LP | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 840 | WB Holdings Deerfield Place, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 861 | JJS Champaign Inv LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |

**INFORMAL OBJECTIONS**

| RESPONDENT | STATUS |
|---|---|
| HC Holdings LLC, c/o C and R Management LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Jamestown Properties | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Mansfield Plaza, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Regent Shopping Center | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Whitestone REIT | The Debtors are engaged with the objecting party and working to resolve the objection. |

## **EXHIBIT B**

01:24166138.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC.,[1] | Case No. 18-12241 (CSS) |
| Reorganized Debtor. | **Hearing Date: February 19, 2019 at 3:00 p.m**. |

**FINAL FEE APPLICATIONS OF THE DEBTORS' PROFESSIONALS**

1. Certification of Counsel [D.I. 1123, 2/8/19]

2. First and Final Fee Application of Sidley Austin LLP as Co-Counsel to the Debtors [D.I. 1038, 12/14/18]

3. First and Final Fee Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors [D.I. 1039, 12/14/18]

4. Amended First and Final Fee Application of A&G Realty Partners, LLC as Real Estate Consultant and Advisor to the Debtors [D.I. 1048, 12/21/18]

5. First and Final Fee Application of Crowe LLP as Tax Consultants to the Debtors [D.I. 1041, 12/14/18]

6. First and Final Fee Application of AlixPartners, LLP as Financial Advisor to the Debtors [D.I. 1042, 12/14/18]

7. Contingent Success Fee Application of AlixPartners, LLP [D.I. 1043, 12/14/18]

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Reorganized Debtor's mailing address is 10201 S. Main Street, Houston, Texas 77025. The chapter 11 cases of certain affiliates of the Reorganized Debtor were closed effective as of November 22, 2018. *See* Case No. 18-12241, Docket No. 965.